FILED
2026 Oct-27 PM 03:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **KELVIN RENALDO ARNOLD,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No.5:25-cv-2013-ACA-HNJ** |
| | ) | |
| **MADISON COUNTY JAIL, *et al.*,** | ) | |
| | ) | |
| **Respondents.** | ) | |

# MEMORANDUM OPINION

Petitioner Kelvin Renaldo Arnold filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). The magistrate judge entered a report recommending that the court dismiss the petition without prejudice based on Mr. Arnold's failure to prosecute his claims. (Doc. 14). Although the magistrate judge advised Mr. Arnold of his right to file objections to the report and recommendation within fourteen days (*id*. at 4), the deadline has passed and the court has not received any objections.

Having carefully reviewed and considered *de* novo all the materials in the court file, including the magistrate judge's report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, the court **DISMISSES WITHOUT PREJUDICE** this petition based on Mr. Arnold's failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this October 27, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE