FILED
2026 Oct-27 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

**KELVIN RENALDO ARNOLD,**

**Petitioner,**

**v.** **Case No.5:25-cv-2013-ACA-HNJ**

**MADISON COUNTY JAIL, *et al.*,**

**Respondents.**

**FINAL ORDER**

Consistent with the accompanying opinion (doc. 16), the court **DISMISSES** this action **WITHOUT PREJUDICE** for failure to prosecute.

Costs are taxed as paid.

**DONE** and **ORDERED** this October 27, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE